1  Erica J. Van Loon, State Bar No. 227712
   Erica.vanloon@LathropGPM.com
2  LATHROP GPM LLP
3  2049 Century Park East, Suite 3500S
   Los Angeles, CA 90067
4  Telephone: (310) 789-4600
5  Facsimile: (310) 789-4601

6  *Attorneys for Defendant*
7  *The Terminix International Company Limited Partnership*

8  Yana A. Hart
9  State Bar No. 306499
   KAZEROUNI LAW GROUP, APC
10 2221 Camino Del Rio South, Ste. 101
11 San Diego, CA 92108
   Telephone: (619) 233-7770
12 Facsimile: (619) 297-1022
13 yana@kazlg.com

14 *Attorneys for Plaintiff Jaime Carranza*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CARRANZA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, <br><br> Defendant. | Case No. 3:20-CV-01819-DMS-WVG <br><br> Honorable Dana M. Sabraw <br><br> **JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** <br><br> Complaint served: 10/27/2020 <br> Current Response Due: 11/17/2020 <br> New Response Date: 12/17/2020 |

1    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules
2  7.2 and 12.1, Plaintiff Jaime Carranza ("Plaintiff") and Defendant The Terminix
3  International Company Limited Partnership ("Terminix") (collectively, "the Parties"),
4  through counsel, hereby respectfully jointly move the Court for a thirty-day (30)
5  extension of time within which Terminix may file a response to the Complaint in this
6  matter, up to and including December 17, 2020.
7    Terminix was served with the summons and Complaint on October 27, 2020.
8  Terminix's current deadline for filing a response to the Complaint is November 17,
9  2020.  Thus, the time within which Terminix may answer or otherwise respond has
10 not yet expired.
11   Good cause exists for extending this deadline for thirty (30) days as the Parties
12 are working diligently to attempt to resolve their dispute without the need for
13 continued litigation.  Extending the current deadline for Terminix's response to the
14 Complaint will allow the parties to devote resources to doing so, while also
15 conserving judicial resources.
16   Plaintiff consents to the extension of time sought by this Motion.
17   WHEREFORE, the Parties respectfully request that the Court extend the time
18 for Terminix to file a response to the Complaint by thirty (30) days, up to and
19 including December 17, 2020.

2
**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

| | |
|---|---|
| Dated: November 12, 2020 | Respectfully submitted,<br><br>By: */s/ Erica J. Van Loon*<br>Erica J. Van Loon<br>State Bar No. 227712<br>Erica.vanloon@LathropGPM.com<br>LATHROP GPM LLP<br>2049 Century Park East, Suite 3500S<br>Los Angeles, CA 90067<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601<br>erica.vanloon@lathropgpm.com<br><br>*Attorneys for Defendant The Terminix International Company Limited Partnership* |
| Dated: November 12, 2020 | Respectfully submitted,<br><br>By: */s/ Yana A. Hart (with permission)*<br>Yana A. Hart<br>State Bar No. 306499<br>KAZEROUNI LAW GROUP, APC<br>2221 Camino Del Rio South, Ste. 101<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br>yana@kazlg.com<br><br>*Attorneys for Plaintiff Jaime Carranza* |

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I caused the foregoing JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT to be served on the following individuals via CM/ECF at the following email addresses:

Yana A. Hart; yana@kazlg.com

*/s/ Erica J. Van Loon*
Erica J. Van Loon
State Bar No. 227712
Erica.vanloon@LathropGPM.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Telephone: (310) 789-4600
Facsimile: (310) 789-4601

*Attorneys for Defendant The Terminix International Company Limited Partnership*

33314156

1
**CERTIFICATE OF SERVICE**