1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CARRANZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:20-CV-01819-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint served:       10/27/2020<br>Current Response Due: 11/17/2020<br>New Response Date:    12/17/2020 |

1
ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

Having reviewed and considered the Joint Motion to Extend Time to File Response to Complaint ("Joint Motion") (ECF No. 6), **IT IS HEREBY ORDERED** that the Joint Motion is GRANTED and the deadline for Defendant The Terminix International Company Limited Partnership to file a response to the Complaint in this action shall be extended by thirty (30) days, up to and including **December 17, 2020.**

**IT IS SO ORDERED.**

Dated:  November 13, 2020

Hon. Dana M. Sabraw
United States District Judge