# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CARRANZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:20-CV-01819-DMS-WVG<br><br>**ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS OR, ALTERNATIVELY, DISMISS OUT-OF-STATE CLASS MEMBERS**<br><br>Current Opposition Due Date: 3/5/2021<br><br>New Opposition Due Date: 2/26/2021 |

1

ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS OR, ALTERNATIVELY, DISMISS OUT-OF-STATE CLASS MEMBERS

Having reviewed and considered the Joint Stipulation re Briefing Schedule on Defendant's Motion to Strike Class Allegations, or Alternatively, Dismiss Out-of-State Defendants ("Joint Stipulation"), **IT IS HEREBY ORDERED** that the Joint Stipulation is GRANTED and Plaintiff shall file its opposition to Defendant The Terminix International Company Limited Partnership's Motion to Strike Class Allegations, or Alternatively, Dismiss Out-of-State Defendants (Dkt. 16) on or before February 26, 2021.  No other dates in the briefing schedule on Terminix's motion shall be affected.

**IT IS SO ORDERED.**

Dated:  February 12, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court