# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CARRANZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:20-CV-01819-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE ANSWER**<br><br>Current Answer Due: 4/12/2021<br>New Date:                4/26/2021 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed and considered the Joint Motion to Extend Time to File Answer ("Joint Motion"), **IT IS HEREBY ORDERED** that the Joint Motion is GRANTED and the deadline for Defendant The Terminix International Company Limited Partnership to file an Answer to the Complaint in this action shall be extended by fourteen (14) days, up to and including **April 26, 2021.**

**IT IS SO ORDERED.**

Dated:  April 9, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court