Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jaime Carranza

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CARRANZA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP,<br><br>Defendant. | Case No.: 3:20-cv-1819-DMS-WVG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jaime Carranza voluntarily dismisses the above-entitled action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

Date: May 4, 2021                                **KAZEROUNI LAW GROUP, APC**

                                                               By: *s/ Jason Ibey*
                                                                    Jason A. Ibey, Esq.
                                                                    *Attorney for Plaintiff*

VOLUNTARY DISMISSAL WITH PREJUDICE